UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CORY R. CLAUSEN**,<br><br>                    Plaintiff,<br><br>v.<br><br>**KELSTIN GROUP, INC. dba CREDIT BUREAU ASSOCIATES**,<br><br>                    Defendants. | Case No: 2:15-cv-01854-JAM-AC<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>HON. JOHN A. MENDEZ |

Based upon the Joint Motion for Dismissal, and good cause, this Court hereby orders the action to be, and is, dismissed with prejudice.

IT IS SO ORDERED.

Dated: 3/2/2016        /s/ John A. Mendez_____
                       HON. JOHN A. MENDEZ
                       UNITED STATES DISTRICT JUDGE